Parisien v 21st Century Ins. Co. (2022 NY Slip Op 50362(U))

[*1]

Parisien v 21st Century Ins. Co.

2022 NY Slip Op 50362(U) [75 Misc 3d 127(A)]

Decided on April 29, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 29, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : DONNA-MARIE E. GOLIA, J.P., WAVNY TOUSSAINT, CHEREÉ
A. BUGGS, JJ

2020-524 K C

Jules Francois Parisien, M.D., as Assignee
of Ranardo Bowen, Appellant,
against
21st Century Insurance Company, Respondent.

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Offices of Buratti, Rothenberg & Burns (Konstantinos Tsirkas of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered September 10, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is modified by providing that defendant's motion for summary
judgment dismissing the complaint is denied; as so modified, the order is affirmed, without
costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly
scheduled examinations under oath, and denied plaintiff's cross motion for summary judgment as
untimely. 
For the reasons stated in Pavlova, as Assignee of Bowen, Ranardo v 21st Century Ins.
Co. (— Misc 3d — Misc , 2022 NY Slip Op — Misc [appeal No.
2020-537 K C], decided herewith), the order is modified by denying defendant's motion for
summary judgment dismissing the complaint.
GOLIA, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 29, 2022